THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00262-MR

| | |
|---|---|
| SHANTI WINES, LLC and RAJIV SHARMA, <br><br> Plaintiffs, <br><br> vs. <br><br> SHANTI ELIXIRS, L.L.C., SHANTI VOLPE, and DOES 1-100, <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Stuart James West as counsel *pro hac vice*. [Doc. 10]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 10] is **ALLOWED**, and Stuart James West is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge