THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00262-MR

| | |
|---|---|
| SHANTI WINES, LLC and RAJIV SHARMA, ) ) ) Plaintiffs, ) ) vs. ) ) SHANTI ELIXIRS, L.L.C., SHANTI ) VOLPE, and DOES 1-100, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Adam Bialek as counsel *pro hac vice*. [Doc. 30]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 30] is **ALLOWED**, and Adam Bialek is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: February 26, 2024

Martin Reidinger
Chief United States District Judge